UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 22-165-JMV |
| | : | |
| AMERICAN EEL DEPOT CORP., | : | **UNSEALING ORDER** |
| ET AL. | : | |

This matter having been brought before the Court upon application of the U.S. Department of Justice, Environment and Natural Resources Division (Ethan Eddy, Trial Attorney, appearing), for an order unsealing the Indictment and Arrest Warrants issued on March 1, 2022 against Defendants AMERICAN EEL DEPOT CORP., YI RUI HUANG, FEN LIU, GUO TUAN ZHOU, CHAO JIN SHI, LIANG CHEN, YUNDONG WEI, XIUJUAN HUANG ZHOUYI, and HONG LEE, and for good cause shown,

IT IS on this  4th  day of May, 2022,

ORDERED that the Indictment and Arrest Warrants be UNSEALED.

S/André M. Espinosa
_____
HONORABLE ANDRÉ M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE