UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John M. Vazquez |
| | : | |
| v. | : | Crim. No. 22-165-JMV |
| | : | |
| AMERICAN EEL DEPOT CORP., | : | **AMENDED UNSEALING ORDER** |
| ET AL. | : | |

This matter having been brought before the Court upon application of the U.S. Department of Justice, Environment and Natural Resources Division (Ethan Eddy, Trial Attorney, appearing), for an order unsealing the case against Defendants AMERICAN EEL DEPOT CORP., YI RUI HUANG, FEN LIU, GUO TUAN ZHOU, CHAO JIN SHI, LIANG CHEN, YUNDONG WEI, XIUJUAN HUANG ZHOUYI, and HONG LEE, and for good cause shown,

IT IS on this 10th day of May, 2022,

ORDERED that the case be UNSEALED.

_____
Honorable John Michael Vazquez
United States District Judge