<u>UNITED STATED DISTRICT COURT</u> <u>DISTRICT OF NEW JERSEY</u>
<u>MINUTES OF PROCEEDINGS</u>

<u>OFFICE:</u>  NEWARK                                      Date:  5/24/2022
<u>JUDGE: JOHN MICHAEL VAZQUEZ</u>
<u>COURT REPORTER:</u>  Lisa A. Larsen

<u>TITLE OF CASE:</u>

<u>DOCKET  # 22-165</u>

UNITED STATES OF AMERICA
              vs.

Yi Rui Huang
Fen Liu
Guo Tuan Zhou
Chao Jin Shi
American Eel Depot Corp.


<u>APPEARANCES:</u>

Ethan Eddy, AUSA
Matthew Evans, AUSA
Elliot Sagor, Esq. for defendant Yi Rui Huang
Pasquale Giannetta, Esq. for defendant Fen Liu
Carol Dominguez. AFPD for defendant Guo Tuan Zhou
Chip Dunne, Esq. for defendant Chao Jin Shi
Elliot Sagor, Esq. for corporation defendant American Eel Depot Corp.
Defendants present by video conference

**Nature of Proceedings**:  ARRAIGNMENT

Interpreter sworn:  Lily Lau
Defendants sworn.
Defendants consented to participate by ZOOM video conference.
Defendants waives formal reading of Indictment.
Defendant Yi Huang enters a plea of Not Guilty to Counts 1-9 of Indictment.
Defendant Fen Liu enters a plea of Not Guilty to Counts 1-9 of Indictment.
Defendant Guo Zhou enters a plea of Not Guilty to Count 1 of Indictment.
Defendant Chao Shi enters a plea of Not Guilty to Count 1 of Indictment.
Defendant American Eel Depot Corp. enters a plea of Not Guilty to Counts 1-9 of

Indictment.

Proposed scheduling to be submitted by counsel.
Bail continued.

**Time Commenced:** Noon
**Time Adjourned:** 12:30
**Total Time:** 30 min

                                              <u>RoseMarie Olivieri</u>
                                              SENIOR COURTROOM DEPUTY