# DUNNE, DUNNE & COHEN, LLC

*Attorneys at Law*

www.dunnecohen.com

FREDERICK R. DUNNE, JR.*
fdunne@dunnecohen.com

F.R. "CHIP" DUNNE, III **
chip@dunnecohen.com

LEONARD B. COHEN ♦
lcohen@dunnecohen.com

MARY PAT KERRIGAN ♦
mkerrigan@dunnecohen.com

DAVID P. CERQUEIRA ♦
david@dunnecohen.com

\*  Member of the NJ & NY Bars
\** Members of the NJ, NY & CA Bars
 ♦ Member of the NJ Bar

221 River Street, 9th Floor
Hoboken, New Jersey 07030
Office: (201) 998-2727
**BY APPOINTMENT ONLY**

683 Kearny Avenue
Kearny, New Jersey 07032
Office: (201) 998-2727
Fax: (201) 997-4860
**ALL REPLY & DELIVERIES TO KEARNY**

304 Lincoln Avenue
Avon By The Sea, New Jersey 07717
Office: (732) 955-0337
**BY APPOINTMENT ONLY**

104 West 40th Street Bryant Park
Suite 400 and 500
New York, NY 10018
Office: (201) 998-2727
**BY APPOINTMENT ONLY**

September 30, 2022

<u>Via ECF</u>
Hon. John Michael Vazquez
United States District Judge for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:   USA v. Chao Jin Shi a/k/a "Kevin"
> Case Number:  22 Cr. 165 (JMV)

Dear Judge Vazquez:

I represent defendant Shi in the above referenced case. This letter is written with the concurrence of the prosecutor in this case, Ethan Eddy, Esq. of the ENRD division of the Department of Justice. We are writing this letter to ask the court to sign the accompanying proposed order so we may record the Notice of Lien and Order of Filing with the New York City Registrar's Office securing defendant Shi's bail bond.

The Exhibits underlying the Proposed Order are attached hereto as Exhibit B. The Proposed Order is Exhibit A.

Respectfully submitted,

F.R. "Chip" Dunne, III, Esq.

Cc:   Ethan Eddy, Esq. (ENRD)

# EXHIBIT A

DNJ-CR-009 (3/20Ca5e 2:22-cr-00165-JMV   Document 39   Filed 04/28/22   Page 1 of 1 PageID: 77

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ New Jersey

UNITED STATES OF AMERICA

V.

**AGREEMENT TO FORFEIT PROPERTY**

CHAO JIN SHI
_____
Defendant

CASE NUMBER:   22cr165-5

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

Flushing, NY

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

Lein to be perfected in County Court by May 12, 2022

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____ CHAO JIN SHI _____
(Defendant's Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on _____ 4/28/2022 _____ at _____ Newark, New Jersey _____
                                          (Date)                              (Place)

| | | |
|---|---|---|
| Defendant | S/ CHAO JIN SHI | Address _____ Flushing, NY _____ |
| | (Name of Deft.) | (City & State Only) |
| Owner(s)/ | S/ Xia Chen | Address _____ |
| | (Name of owner of property) | (City & State Only) |
| Obligor(s) | | Address _____ |
| | (Other Name of Owner) | (City & State Only) |

Signed and acknowledged before me on _____ 4/28/2022 _____
                                                          (Date)

_____
WILLIAM T. WALSH, CLERK
(Judicial Officer/Clerk)

Approved: _____ S/André M. Espinosa _____          SPC     SCOTT P. CREEGAN
_____
ANDRÉ M. ESPINOSA, U.S.M.J.                    Scott P. Creegan, Courtroom Deputy Clerk

<table>
<tr><td colspan="2">

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

</td><td>



2018102901110002001E2F53

</td></tr>
</table>

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: 2018102901110002 | Document Date: 10-19-2018 | Preparation Date: 10-29-2018 |

Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| EXCELSIOR LAND SERVICE INC.<br>98 CUTTERMILL RD, SUITE 354<br>GREAT NECK, NY 11023<br>516-331-5775<br>EXCELSIORTITLE@GMAIL.COM | LAN & ASSOCIATES<br>39-01 MAIN ST, SUITE 511<br>FLUSHING, NY 11354 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 5255 | 20 | Entire Lot | 33-45 170 STREET |

Property Type: 1-2 FAMILY DWELLING WITH ATTACHED GARAGE

**CROSS REFERENCE DATA**

CRFN: 2007000029044

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| ZHAO PAN<br>33-45 170 STREET<br>FLUSHING, NY 11358 | CHAO JIN SHI<br>146-18 61ST ROAD<br>FLUSHING, NY 11367 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 12,540.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 3,520.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed     10-30-2018 10:07
City Register File No.(CRFN): 2018000360260

*City Register Official Signature*



Sect
26
Blk
5255
Lot 20

Form 8002 (3/00) – Bargain and Sale Deed, with Covenants against Grantor's Acts – Individual or Corporation. (Single sheet)
**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

**THIS INDENTURE,** made the      19th      day of      October      ,      2018      and
**BETWEEN**

Zhao Pan residing at 33-45 170 Street, Flushing, New York 11358

*as husband and wife*

party of the first part, and

Chao Jin Shi and Xia Chen residing at 146-18 61st Road, Flushing, NY 11367

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

Borough of Queens, County of Queens and State of New York, bounded and described as follows:

SEE ATTACHED SCHEDULE A herein.

Said Premises being known as 33-45 170 Street, Flushing, New York 11358, Block 5255, Lot 20

Being the same Premises conveyed to Grantors by deed dated 11/30/2006 and recorded on 1/16/2007 in CRFN 2007000029044.

TOGETHER with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

In presence of:

_____

_____                    Zhao Pan

**Acknowledgement taken in New York State**

State of New York, County of Queens , ss:

On the 19th day of October , in the year 2018 , before me, the undersigned, personally appeared
Zhao Pan
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

*Donna M. Santi*
DONNA M. DISANTI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DI6059352
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES MAY 29, 2019

**Acknowledgement by Subscribing Witness taken in New York State**

State of New York, County of , ss:

On the day of , in the year , before me, the undersigned, personally appeared

the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who being by me duly sworn, did depose and say, that he/she/they reside(s) in

that he/she/they know(s)
to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said
execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

Title No.: EXC 18 1334

Zhao Pan

TO
Chao Jin Shi and Xia Chen

Distributed by
**Chicago Title Insurance Company**

**Acknowledgement taken in New York State**

State of New York, County of , ss:

On the day of , in the year , before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

**Acknowledgement taken outside New York State**

*State of , County of, ss:
*(or insert District of Columbia, Territory, Possession or Foreign Country)

On the day of , in the year , before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

(add the city or political subdivision and the sate or country or other place the acknowledgement was taken).

DISTRICT
SECTION
BLOCK 5255
LOT 20
COUNTY OR TOWN QUEENS

**RETURN BY MAIL TO:**

Lan & Associates
39-01 main St Suite 511
Flushing NY Zip No. 11354

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE



The City of New York
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY   11373-5108**

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)   **Property receiving service: BOROUGH:  QUEENS**          **BLOCK:  5255**          **LOT:  20**

(2)   **Property Address: 3345  170 STREET, QUEENS, NY 11358**

(3)  **Owner's Name:**       **SHI , CHAO JIN**

       **Additional Name:**     **CHEN , XIA**

### Affirmation:

    Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:   *Chao Jin Shi   Xia Chen*

Signature: *X Chao JS Shi      V Xia Chen*_____Date (mm/dd/yyyy) *10-19-18*

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2018101800626101

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

**BUYER**

X _Chee 26 Shi_  Date: _10-19-18_
BUYER SIGNATURE
146-18 61ST ROAD          _Chao Jin Shi_

| STREET NUMBER | STREET NAME (AFTER SALE) |
|---|---|

FLUSHING          | NY | 11367 |

| CITY OR TOWN | STATE | ZIP CODE |

**BUYER'S ATTORNEY**

_Lay_          _DENNIS_
LAST NAME          FIRST NAME

| AREA CODE | TELEPHONE NUMBER |

**SELLER**

_(signature)_          _10/19/18_
SELLER SIGNATURE          DATE

_Zhao Pan_

2018101800626201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York ⎫
            ⎬ SS.:
County of *Queens* ⎭

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

3345 170 STREET
_____ , _____ ,
Street Address Unit/Apt.

QUEENS                      New York,         5255              20          (the "Premises");
Borough                                       Block             Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

*Zhao Pan*
Name of Grantor (Type or Print)

*(signature)*
Signature of Grantor

*Chan Jin Shi*
Name of Grantee (Type or Print)

*(signature)*
Signature of Grantee

Sworn to before me
this _19_ day of _October_ 20 _18_
*(signature)* DONNA M. DISANTI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DI6059352     01D160593S2
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES MAY 29, 2019

Sworn to before me
this _19_ day of _October_ 20 _18_
*(signature)* DONNA M. DISANTI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DI6059352     01DF 60S93S2
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES MAY 29, 2019

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2018101800626101

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

AMERICAN EEL DEPOT CORP., YI RUI HUANG,
a/k/ a "RICKY," FEN LIU, a/k/a "EMILY,"
GUO TUAN ZHOU, a/k/ a "JASON," CHAO JIN SHI,
a/k/ a "KEVIN," LIANG CHEN, a/k/ a "JACKIE,"
YUNDONG WEI, XIUJUAN HUANG ZHOUYI, and
HONG LEE a/k/ a "JOHN,"

Defendants.

22 Criminal 165 (JMV)

**NOTICE OF LIEN AND
ORDER OF FILING**

WHEREAS, Defendant Chao Jin Shi a/k/a "Kevin" was released pending trial pursuant to the Order of Magistrate Judge Andre M. Espinosa on April 28, 2022 on a bond of $1,000,000; and

WHEREAS, Defendant Shi signed an Agreement to Forfeit Property on April 28, 2022 (a copy of which is attached as an exhibit hereto) if he fails to appear, which property is located at 33-45 170th Street, Flushing NY 11354 (said property also being known as Queens County - Block 5255 Lot 20 on the Tax Map of the City of New York); and

WHEREAS, the attached Agreement to Forfeit Property serves as a lien on the property.

NOW, at the request of defendant and the government, it is ORDERED that defense counsel record with the New York City Registrar's Office a copy of this Notice of Lien and Order of Filing on the properties.

SO ORDERED

Newark, New Jersey
September    , 2022

John Michael Vazquez, USDJ, District of New Jersey