# DUNNE, DUNNE & COHEN, LLC

*Attorneys at Law*

www.dunnecohen.com

FREDERICK R. DUNNE, JR.*
fdunne@dunnecohen.com

F.R. "CHIP" DUNNE, III **
chip@dunnecohen.com

LEONARD B. COHEN ♦
lcohen@dunnecohen.com

MARY PAT KERRIGAN ♦
mkerrigan@dunnecohen.com

DAVID P. CERQUEIRA ♦
david@dunnecohen.com

\* Member of the NJ & NY Bars
\*\* Members of the NJ, NY & CA Bars
♦ Member of the NJ Bar

683 Kearny Avenue
Kearny, New Jersey 07032
Office: (201) 998-2727
Fax: (201) 997-4860
**ALL REPLY & DELIVERIES TO KEARNY**

221 River Street, 9th Floor
Hoboken, New Jersey 07030
Office: (201) 998-2727
**BY APPOINTMENT ONLY**

304 Lincoln Avenue
Avon By The Sea, New Jersey 07717
Office: (732) 955-0337
**BY APPOINTMENT ONLY**

104 West 40th Street Bryant Park
Suite 400 and 500
New York, NY 10018
Office: (201) 998-2727
**BY APPOINTMENT ONLY**

September 30, 2022

<u>Via ECF</u>
Hon. John Michael Vazquez
United States District Judge for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:  USA v. Chao Jin Shi a/k/a "Kevin"
        Case Number: 22 Cr. 165 (JMV)

Dear Judge Vazquez:

  I represent defendant Shi in the above referenced case. This letter is written with the concurrence of the prosecutor in this case, Ethan Eddy, Esq. of the ENRD division of the Department of Justice. We are writing this letter to ask the court to sign the accompanying proposed order so we may record the Notice of Lien and Order of Filing with the New York City Registrar's Office securing defendant Shi's bail bond.

  The Exhibits underlying the Proposed Order are attached hereto as Exhibit B. The Proposed Order is Exhibit A.

                    Respectfully submitted,

                    F.R. "Chip" Dunne, III, Esq.

Cc:  Ethan Eddy, Esq. (ENRD)

# EXHIBIT A

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ New Jersey _____

UNITED STATES OF AMERICA
V.

**AGREEMENT TO FORFEIT PROPERTY**

CHAO JIN SHI
Defendant

CASE NUMBER: 22cr165-5

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

Flushing, NY

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

Lein to be perfected in County Court by May 12, 2022

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____ CHAO JIN SHI _____
(Defendant's Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on ____4/28/2022____ at ____Newark, New Jersey____
                                (Date)                    (Place)

Defendant ____S/ CHAO JIN SHI____   Address ____Flushing, NY____
            (Name of Deft.)                    (City & State Only)

Owner(s)/ ____S/ Xia Chen____   Address _____
            (Name of owner of property)         (City & State Only)

Obligor(s) _____   Address _____
            (Other Name of Owner)              (City & State Only)

Signed and acknowledged before me on ____4/28/2022____
                                          (Date)

WILLIAM T. WALSH, CLERK
(Judicial Officer/Clerk)

Approved: ____S/André M. Espinosa____   SPC   SCOTT P. CREEGAN
ANDRÉ M. ESPINOSA, U.S.M.J.                    Scott P. Creegan, Courtroom Deputy Clerk

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2018102901110002001E2F53 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| **Document ID:** 2018102901110002<br>**Document Type:** DEED<br>**Document Page Count:** 3 | **Document Date:** 10-19-2018 | **Preparation Date:** 10-29-2018 |

| PRESENTER: | RETURN TO: |
|---|---|
| EXCELSIOR LAND SERVICE INC.<br>98 CUTTERMILL RD, SUITE 354<br>GREAT NECK, NY 11023<br>516-331-5775<br>EXCELSIORTITLE@GMAIL.COM | LAN & ASSOCIATES<br>39-01 MAIN ST, SUITE 511<br>FLUSHING, NY 11354 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 5255 | 20 | Entire Lot | 33-45 170 STREET |

**Property Type:** 1-2 FAMILY DWELLING WITH ATTACHED GARAGE

**CROSS REFERENCE DATA**

**CRFN:** 2007000029044

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| ZHAO PAN<br>33-45 170 STREET<br>FLUSHING, NY 11358 | CHAO JIN SHI<br>146-18 61ST ROAD<br>FLUSHING, NY 11367 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 12,540.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 3,520.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed    10-30-2018 10:07
City Register File No.(CRFN):
2018000360260

*Annette M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2018102901110002001C2DD3 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**   PAGE 2 OF 5

**Document ID:** 2018102901110002   Document Date: 10-19-2018   Preparation Date: 10-29-2018
Document Type: DEED

**PARTIES**

**GRANTEE/BUYER:**
XIA CHEN
146-18 61ST ROAD
FLUSHING, NY 11367

Form 8002 (3/00) – Bargain and Sale Deed, with Covenants against Grantor's Acts – Individual or Corporation. (Single sheet)
**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**



*ZP*

**THIS INDENTURE**, made the 19th day of October 2018 and **BETWEEN**

Zhao Pan residing at 33-45 170 Street, Flushing, New York 11358

party of the first part, and ˄ *as husband and wife*

Chao Jin Shi and Xia Chen residing at 146-18 61st Road, Flushing, NY 11367

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

Borough of Queens, County of Queens and State of New York, bounded and described as follows:

SEE ATTACHED SCHEDULE A herein.

Said Premises being known as 33-45 170 Street, Flushing, New York 11358, Block 5255, Lot 20

Being the same Premises conveyed to Grantors by deed dated 11/30/2006 and recorded on 1/16/2007 in CRFN 2007000029044.

*Sect 26 Blk 5255 Lot 20*

TOGETHER with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____    *[signature]*
                                Zhao Pan

*Stewart Title Insurance Company*

**Policy No.** M-8912-001360007
**Title No.** EXC18-1334Q

## SCHEDULE A
## DESCRIPTION OF PREMISES

ALL that certain plot, piece or parcel of land, situate, lying and being in the Third Ward, Borough and County of Queens, City and State of New York, bounded and described as follows:

Beginning at a point on the Easterly side of 170th Street formerly 30th Street distant Four Hundred Forty-Six and 37/100 (446.37) feet (446.43 feet on tax map) Southerly from the corner formed by the intersection if the Easterly side of 170th Street with the Southerly side of 33rd Avenue formerly Mitchell Avenue;

Running Thence Easterly parallel with 33rd Avenue One Hundred (100) feet (100.01 feet on tax map) and part of the distance through a party wall;

Thence Southerly parallel with 170th Street Thirty (30) feet;

Thence Westerly parallel with 33rd Avenue One Hundred (100) feet (100.01 feet on tax map) to the Easterly side of 170th Street;

Thence Northerly along the Easterly side of 170th Street Thirty (30) feet to the point or place of Beginning.

| Acknowledgement taken in New York State | Acknowledgement taken in New York State |
|---|---|
| State of New York, County of  Queens                , ss: | State of New York, County of                       , ss: |
| On the 19th day of  October , in the year 2018 , before me, the undersigned, personally appeared<br>Zhao Pan | On the       day of              , in the year       , before me, the undersigned, personally appeared |
| personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument. | personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument. |

*[Signature]*
DONNA M. DISANTI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DI6059352
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES MAY 29, 2019

| Acknowledgement by Subscribing Witness taken in New York State | Acknowledgement taken outside New York State |
|---|---|
| State of New York, County of                        , ss: | *State of              , County of,                      ss:<br>*(or insert District of Columbia, Territory, Possession or Foreign Country) |
| On the       day of              , in the year       , before me, the undersigned, personally appeared | On the       day of              , in the year       , before me, the undersigned, personally appeared |
| the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who being by me duly sworn, did depose and say, that he/she/they reside(s) in<br><br>that he/she/they know(s)<br>to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said<br>execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto. | personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the<br><br>(add the city or political subdivision and the sate or country or other place the acknowledgement was taken). |

Title No.: ƐxC 18 1334

Zhao Pan

TO

Chao Jin Shi and Xia Chen

**Distributed by**
**Chicago Title Insurance Company**

DISTRICT
SECTION
BLOCK 5255
LOT 20
COUNTY OR TOWN   QUEENS

**RETURN BY MAIL TO:**

Lan & Associates
39-01 main St Suite 511
Flushing  NY  11354
Zip No. 11354

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2018102901110002001SE1D2 |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

| **Document ID:** 2018102901110002<br>Document Type: DEED | Document Date: 10-19-2018 | Preparation Date: 10-29-2018 |
|---|---|---|

**ASSOCIATED TAX FORM ID:**  2018101800626

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY   11373-5108

www.nyc.gov/dep

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1)   Property receiving service: BOROUGH:  QUEENS        BLOCK: 5255        LOT: 20

(2)   Property Address: 3345 170 STREET, QUEENS, NY 11358

(3)   Owner's Name:      SHI , CHAO JIN

      Additional Name:    CHEN , XIA

**Affirmation:**

 Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:  Chao Jin Shi     Xia Chen
Signature: X Chao JS Shi    X Xia Chen    Date (mm/dd/yyyy) 10-19-18
Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS   REV. 8/08

2018101800626101

# REAL PROPERTY TRANSFER REPORT
### STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded: __/__/__ (Month/Day/Year)
- C3. Book
- C4. Page
- OR
- C5. CRFN

## PROPERTY INFORMATION

1. **Property Location**: 3345 170 STREET, QUEENS, 11358
   (STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE)

2. **Buyer Name**:
   - SHI, CHAO JIN
   - CHEN, XIA
   (LAST NAME / COMPANY, FIRST NAME)

3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   (LAST NAME / COMPANY, FIRST NAME, STREET NUMBER AND STREET NAME, CITY OR TOWN, STATE, ZIP CODE)

4. **Indicate the number of Assessment Roll parcels transferred on the deed**: 1 # of Parcels OR ☐ Part of a Parcel
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC

   Check the boxes below as they apply:

5. **Deed Property Size**: ___ FRONT FEET X ___ DEPTH OR ___ ACRES
   - 6. Ownership Type is Condominium ☐
   - 7. New Construction on Vacant Land ☐

8. **Seller Name**: PAN, ZHAO
   (LAST NAME / COMPANY, FIRST NAME)

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ✔ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

## SALE INFORMATION

10. **Sale Contract Date**: 9 / 5 / 2018 (Month/Day/Year)

11. **Date of Sale / Transfer**: 10 / 19 / 2018 (Month/Day/Year)

12. **Full Sale Price**: $ 880,000
    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale: ___

14. Check one or more of these conditions as applicable to transfer:
    - A ☐ Sale Between Relatives or Former Relatives
    - B ☐ Sale Between Related Companies or Partners in Business
    - C ☐ One of the Buyers is also a Seller
    - D ☐ Buyer or Seller is Government Agency or Lending Institution
    - E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
    - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
    - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    - H ☐ Sale of Business is Included in Sale Price
    - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
    - J ✔ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: A 5
16. **Total Assessed Value** (of all parcels in transfer): 35,665

17. **Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s)):
    QUEENS 5255 20

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

**BUYER**

X Chao 25 Shi    10-19-18
BUYER SIGNATURE    DATE

ChaoJin Shi

146-18 61ST ROAD
STREET NUMBER    STREET NAME (AFTER SALE)

FLUSHING     NY    11367
CITY OR TOWN    STATE    ZIP CODE

**BUYER'S ATTORNEY**

Lay    Dennis
LAST NAME    FIRST NAME

AREA CODE    TELEPHONE NUMBER

**SELLER**

[signature]    10/19/18
SELLER SIGNATURE    DATE

Zhao Pan

2018101800626201

Form RP-5217 NYC    ATTACHMENT

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYERS**

X Xiu Chen _____ 10-19-18
Buyer Signature         Date

X iq Chen _____
Buyer Signature         Date

**SELLERS**

_[signature]_  10-19-18
Seller Signature        Date

2018101800626201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  } SS.:
County of Queens  }

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

3345 170 STREET , ,
Street Address Unit/Apt.

QUEENS  New York,  5255  20  (the "Premises");
Borough                Block   Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Zhao Pan
Name of Grantor (Type or Print)

Chao Jin Shi
Name of Grantee (Type or Print)

_____
Signature of Grantor

_____
Signature of Grantee

Sworn to before me this 19 day of October 20 18

DONNA M. DISANTI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DI6059352
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES MAY 29, 2019

01DF6059352

Sworn to before me this 19 day of October 20 18

DONNA M. DISANTI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DI6059352
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES MAY 29, 2019

01DF6059352

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2018101800626101

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMERICAN EEL DEPOT CORP., YI RUI HUANG, a/k/a "RICKY," FEN LIU, a/k/a "EMILY," GUO TUAN ZHOU, a/k/a "JASON," CHAO JIN SHI, a/k/a "KEVIN," LIANG CHEN, a/k/a "JACKIE," YUNDONG WEI, XIUJUAN HUANG ZHOUYI, and HONG LEE a/k/a "JOHN,"<br><br>Defendants. | 22 Criminal 165 (JMV)<br><br>**NOTICE OF LIEN AND ORDER OF FILING** |

WHEREAS, Defendant Chao Jin Shi a/k/a "Kevin" was released pending trial pursuant to the Order of Magistrate Judge Andre M. Espinosa on April 28, 2022 on a bond of $1,000,000; and

WHEREAS, Defendant Shi signed an Agreement to Forfeit Property on April 28, 2022 (a copy of which is attached as an exhibit hereto) if he fails to appear, which property is located at 33-45 170th Street, Flushing NY 11354 (said property also being known as Queens County - Block 5255 Lot 20 on the Tax Map of the City of New York); and

WHEREAS, the attached Agreement to Forfeit Property serves as a lien on the property.

NOW, at the request of defendant and the government, it is ORDERED that defense counsel record with the New York City Registrar's Office a copy of this Notice of Lien and Order of Filing on the properties.

SO ORDERED

Newark, New Jersey
September    , 2022

John Michael Vazquez, USDJ, District of New Jersey