UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMERICAN EEL DEPOT CORP., YI RUI HUANG, a/k/a "RICKY," FEN LIU, a/k/a "EMILY," GUO TUAN ZHOU, a/k/a "JASON," CHAO JIN SHI, a/k/a "KEVIN," LIANG CHEN, a/k/a "JACKIE," YUNDONG WEI, XIUJUAN HUANG ZHOUYI, and HONG LEE a/k/a "JOHN,"<br><br>Defendants. | 22 Criminal 165 (JMV)<br><br>**NOTICE OF LIEN AND ORDER OF FILING** |

WHEREAS, Defendant Chao Jin Shi a/k/a "Kevin" was released pending trial pursuant to the Order of Magistrate Judge Andre M. Espinosa on April 28, 2022 on a bond of $1,000,000; and

WHEREAS, Defendant Shi signed an Agreement to Forfeit Property on April 28, 2022 (a copy of which is attached as an exhibit hereto) if he fails to appear, which property is located at 33-45 170th Street, Flushing NY 11354 (said property also being known as Queens County - Block 5255 Lot 20 on the Tax Map of the City of New York); and

WHEREAS, the attached Agreement to Forfeit Property serves as a lien on the property.

NOW, at the request of defendant and the government, it is ORDERED that defense counsel record with the New York City Registrar's Office a copy of this Notice of Lien and Order of Filing on the properties.

SO ORDERED

Newark, New Jersey
Date: October 3, 2022

John Michael Vazquez, USDJ