*United States v. American Eel Depot, et al.*,
22-cr-165-JMV

Att. **B** to Gov't Opp. to Mot. to Dism.

| DEPARTMENT OF THE INTERIOR<br>U.S. FISH AND WILDLIFE SERVICE<br>OFFICE OF LAW ENFORCEMENT | REPORT OF INVESTIGATION<br>REPORT#: 2015501394R011<br>APPROVED | |
|---|---|---|

Note: This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

| CASE TITLE<br><br>AMERICAN EEL DEPOT<br>*SENSITIVE CASE* | REPORT DATE<br>03/07/2017 | CASE NUMBER<br>2015501394 |
|---|---|---|
| | REPORTING OFFICER<br>Amy Snyder - | CASE STATUS<br>PENDING |
| | APPROVED BY<br>Preston Fant,<br>Jeffrey Odom,<br>Amy Snyder, | |

SUBJECTS OF REPORT

AED TRADING
ASIA AQUATIC COMPANY LTD.
YIRUI HUANG  -  AMERICAN EEL DEPOT CORPORATION
YIRUI HUANG  -  CHANGLE PACIFIC FOOD CORP.

CHAO JIN SHI  -  OCEAN GREAT LLC.

SYNOPSIS

This report documents an illegal importation of eel meat containing Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES) Appendix II protected European eels (Anguilla anguilla) into the United States by AMERICAN EEL DEPOT CORPORATION (AED).

DISTRIBUTION
Internal List

AED-0011077

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION
**Title:  AMERICAN EEL DEPOT**

**INV #:  2015501394**
**Report #:  011**

## DETAILS OF INVESTIGATION

### AED Importation Intercepted at the Elizabeth, NJ Seaport

On October 20, 2016, United States Fish and Wildlife Service (Service) Senior Special Agent Philip Alegranti identified a 40 foot ocean container manifested as "frozen roasted eel" destined for AED's headquarters in New Jersey, from CHANGLE PACIFIC FOOD CORP. (CP) in China. On October 25, 2016, this shipment made import at the Elizabeth, NJ seaport in container number YMLU5403825.

On November 2, 2016, this shipment became available for inspection at East Coast Warehouse and Service Wildlife Inspector (WI) Kathleen Bushman and Service Special Agent (SA) Amy Snyder inspected this shipment. No import paperwork such as packing lists, invoices, or CITES permits accompanied this shipment, and neither the Service, nor U.S. Customs and Border Protection (CBP), nor the warehouse, had any import paperwork for this shipment.

According to the physical inspection and records later provided by AED representatives, the shipment contained 2,100 cartons/boxes. During the inspection, SA Snyder and WI Bushman took inventory of the boxes' labels to identify patterns within the shipment, and establish a sampling plan. In examining the boxes, WI Bushman and SA Snyder determined that each box was labeled with a box number, and a twenty digit lot/batch number. There was a total of five different lot numbers represented in this shipment. These lot numbers are believed to begin with the date of manufacture, and include the registration number of the Chinese eel farm. For instance, the lot number 160622013500M0578043 would show that this carton of eels was manufactured on June 22, 2016, and related to Chinese eel farm 3500M0578.

The lot numbers represented in the October 25, 2016 import were as follows:

160622013500M0578040
160622013500M0578043
160626013500M0578047
160627013500M0578048
160628013500M0578049

Within these lot numbers, SA Snyder and WI Bushman recorded the sizes of imported filets as follows:

160622013500M0578040 contained 9 ounce eel filets
160622013500M0578043 contained 9 ounce eel filets

Form 3-300B
(Rev. 01/25/2012)

AED-0011078

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION
**Title:  AMERICAN EEL DEPOT**

**INV #:  2015501394**
**Report #:  011**

160626013500M0578047 contained 9 ounce eel filets
160627013500M0578048 contained 9 ounce eel filets and 10 ounce eel filets
160628013500M0578049 contained 6 ounce eel filets and 10 ounce eel filets

Each of the 2,100 boxes contained two smaller cases. Inside each of these cases were 16 vacuum packed frozen eel filets, for a total of approximately 32 filets per box in the shipment. The boxes, cartons, and vacuum packed filets were all labeled generically as "eel" and did not offer any scientific or common names for species.

IMG_0740.JPG:



Form 3-300B
(Rev. 01/25/2012)

AED-0011079

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

**REPORT OF INVESTIGATION**              **INV #:  2015501394**
**Title:  AMERICAN EEL DEPOT**              **Report #:  011**

As such, SA Snyder and WI Bushmen removed the following fourteen (14) representative samples of eel meat under Seizure Tag #851358:

Item #1 removed from lot #160622013500M0578043, box #0278:
Two (2) nine ounce eel filets, one from each of the two inner cases

Item #2 removed from lot #160622013500M0578040, box #0151:
Two (2) nine ounce eel filets, one from each of the two inner cases

Item #3 removed from lot #160626013500M0578047, box #0681:
Two (2) nine ounce eel filets, one from each of the two inner cases

Item #4 removed from lot #160627013500M0578048, box #1026:
Two (2) nine ounce eel filets, one from each of the two inner cases

Item #5 removed from lot #160627013500M0578048, box #1543:
Two (2) ten ounce eel filets, one from each of the two inner cases

Item #6 removed from lot #160628013500M0578049, box #1595:
Two (2) ten ounce eel filets, one from each of the two inner cases

Item #7 removed from lot #160628013500M0578049, box #2015:
Two (2) six ounce eel filets, one from each of the two inner cases

SA Snyder and WI Bushman then taped the boxes shut with Service inspection tape and left a property receipt in box #0681 denoting which items had been sampled (See attachment #1; AED Property Receipt).

**Eel Samples Shipped to the Service's National Wildlife Forensics Laboratory (NWFL)**

On November 2, 2016, Service SA LeeAnn Bies shipped all fourteen (14) packages of eel filets to the NWFL for species identification (See attachment #2; NWFL Evidence Submittal Form).

**Contacts with GLONEX USA LTD. (GLONEX)**

On November 10, 2016, WI Daniel Sahakian answered a phone call at the front desk from a GLONEX employee inquiring about the aforementioned container of eel meat, being held by the Service. After this initial call, all subsequent communications with GLONEX, were between WI Sahakian and Joo Youn KO, aka Julie KO (See attachment #3; Sahakian 3-332). (SA's note:

AED-0011087

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

## REPORT OF INVESTIGATION
**Title: AMERICAN EEL DEPOT**

**INV #: 2015501394**
**Report #: 011**

Until this import, SA Snyder had not seen GLONEX affiliated with the processed eel meat portion of AED's business. GLONEX, particularly KO, has routinely handled AED's exportations of American elvers from the United States since AED began declaring to the Service in 2012.

As noted in WI Sahakian's 3-332, KO informed WI Sahakian that HUANG owns part of GLONEX, and that KO handles compliance for AED. It is not known how long KO has been helping AED with their eel meat importations. Import documents for this shipment list EZ Logistics LLC. as the brokerage and freight forwarding company for AED not GLONEX).

On November 14, 2016, KO unexpectedly arrived at the Service's Office of Law Enforcement (OLE) in Elizabeth, NJ from Toronto, Canada. During this visit, KO spoke to WI Frances Toledo-Rodriquez and WI Bushman. (See attachment #4; Bushman 3-332).

A summary of important statements made by KO during WI contacts:

- AED owns part of GLONEX.
- HUANG is the President of AED and CP.
- KO has worked for HUANG for five years. KO is the compliance officer for AED. KO researches domestic and foreign laws (with the exception of China) to help AED shipments adhere to applicable laws.
- KO wanted a contract with HUANG so she would not be associated with him if he did something wrong.
- AED elvers are shipped from Maine, Haiti, and the Dominican Republic to New York and then sent overseas to Hong Kong. The elvers rest in Hong Kong for several days before moving to China where they are raised on farms for one to two years then slaughtered.
- Both AED's elver exports and processed eel meat imports are "*Anguilla rostrata*". They do not deal in any other species than American eels.
- Some wildlife such as endangered species would need to be declared to the Service but AED's eel meat is not from an endangered species.
- CP has been in operation for over ten years. HUANG built the CP factory. CP was once a small company but is now big enough to buy elvers.
- AED ships elvers directly to ASIA AQUATIC.
- HUANG is a/the agent for "AED TRADING" in Hong Kong.
- CP conducts random DNA testing of their eels to check species.
- CP farms and CP contracted farms are controlled by the Chinese FDA (China Inspection and Quarantine - CIQ). CIQ only lets these farms grow American eels. CP works closely

Form 3-300B
(Rev. 01/25/2012)

AED-0011088

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

## REPORT OF INVESTIGATION
**Title: AMERICAN EEL DEPOT**

**INV #: 2015501394**
**Report #: 011**

- with the Chinese government. The Chinese government likes CP because they pay a lot of money in taxes.
- All eel meat made at CP is exported from China.

### Genetics Examination Report Received from the NWFL

On November 21, 2016, SA Snyder received a Genetics Examination Report from geneticist Dr. Mary Curtis (See attachment #5; Genetics Examination Report). Dr. Curtis's examination revealed that three (3) of the eel filets were identified as *Anguilla rostrata*, the American eel. Dr. Curtis found that eleven (11) of the eel filets were *Anguilla anguilla*, the European eel.

### Eel Samples Returned from the NWFL

On December 14, 2016, SA Snyder received all eel samples back from the NWFL.

### DESCRIPTION OF SUBJECTS

The following new subjects have been identified:

AED TRADING
Hong Kong

### PRIOR VIOLATIONS

A LEMIS query revealed no results for AED TRADING. A LEMIS query showed that          is a subject of SuperCase OPERATION BROKEN GLASS (OBG) under the following INVs:

OBG, INV # 2011400917- See R029, R042
ONEEL FISHERY INC., INV# 2015501226- See R001, R002, R003

Page 13 of 16

Form 3-300B
(Rev. 01/25/2012)

AED-0011089

Department of the Interior
U.S. Fish & Wildlife Service
Office of Law Enforcement

**Mail To:** National Fish & Wildlife Forensic Lab
1490 East Main Street
Ashland, OR 97520
Ph. 541/482-4191 FAX 541/482-4989
e-mail: fw9ash_evidence@fws.gov

# EVIDENCE SUBMITTAL FORM
# AND EXAMINATION REQUEST

**Agency Case #:**
2015501394

CALL THE EVIDENCE UNIT AT THE LAB IF YOU HAVE
ANY QUESTIONS ABOUT COMPLETING THIS FORM.

**Lab Case #:**

**Case Officer:** (Name & Badge #)
SA Amy Snyder 0735

**Agency:**

[ ] FWS/LE    [ ] State

**Evidence Submitted by:** (Name & Badge #)
SA LeeAnn Bies 0766

**Date:**
11/02/2016

[ ] Federal    [ ] CITES

**Rec'd in Lab:** (Date/By)

**Agency Name, Address:**

US Fish and Wildlife Service

1210 Corbin Street

Elizabeth, NJ 07201

(908) 787-1321

**Suspect Name(s):**

**Logged In:** (Date/By)

**Case Assignment:**

TO: _____

AREA: _____

ALL CORRESPONDENCE , INCLUDING REPORTS,  WILL BE MADE TO
THE CASE OFFICER AT THIS ADDRESS UNLESS OTHERWISE STATED.

**Case Title:** AMERICAN EEL DEPOT

**Submission Number:**

| Item # and Seizure Tag # | Item Description:<br>Use entire block to describe 1 tagged item or the contents of 1 tagged package. | Lab #: |
|---|---|---|
| Item #: 1<br>ST #: 851358 | Two (2) Nine ounce eel filets Box #0278<br>Lot # 160622013500M0578043 | |
| Item #: 2<br>ST #: 851358 | Two (2) Nine ounce eel filets Box #0151<br>Lot # 160622013500M0578040 | |
| Item #: 3<br>ST #: 851358 | Two (2) Nine ounce eel filets Box #0681<br>Lot # 160626013500M0578047 | |
| Item #: 4<br>ST #: 851358 | Two (2) Nine ounce eel filets Box #1026<br>Lot # 160627013500M0578048 | |
| Item #: 5<br>ST #: 851358 | Two (2) Ten ounce eel filets Box #1543<br>Lot # 160627013500M0578048 | |
| Item #: 6<br>ST #: 851358 | Two (2) Ten ounce eel filets Box #1595<br>Lot # 160628013500M0578049 | |

**Additional Items Listed on back?**
[✓] yes    [ ] no
**For additional information, contact:**
[✓] Case Officer    [ ] Submitting Officer
Phone:
**Return Evidence To:**
[✓] Agency Address listed above
[ ] Other: see special instructions
**Additional Instructions on back?**
[ ] yes    [✓] no

**Examination or Shipping Instructions:**

ATTN Mary Curtis:
Please do genetic testing for species identification.

Attachment #: 2
Page: 1 of 2

Rev. Dec/04

AED-0011094

## ADDITIONAL SUBMITTED EVIDENCE

| Agency Case #: | | | | Lab Case #: |
|---|---|---|---|---|
| 2015501394 | | | | |

| Evidence Submitted by: (Name & Badge #) | Date: | Page: | of: |
|---|---|---|---|
| SA LeeAnn Bies 0766 | 11/02/2016 | 2 | 2 |

| Item # and Seizure Tag # | Item Description: Use entire block to describe 1 tagged item or the contents of 1 tagged package. | LAB #: |
|---|---|---|
| Item #: 7 <br> ST #: 851358 | Two (2) Six ounce eel filets Box #2015 <br> Lot # 160628013500M0578049 | |
| Item #: <br> ST #: | | |
| Item #: <br> ST #: | | |
| Item #: <br> ST #: | | |
| Item #: <br> ST #: | | |
| Item #: <br> ST #: | | |
| Item #: <br> ST #: | | |
| Item #: <br> ST #: | | |
| Item #: <br> ST #: | | |
| Item #: <br> ST #: | | |

**Additional Examination or Shipping Instructions:**

Attachment #: 2
Page: 2 of 2

Att. B to Gov't Opp - Page 8

AED-0011095

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

## RECORD OF INFORMATION THAT MAY BECOME TESTIMONY
**INV #: 2015501394**
**Report #: 3-332 for R011**
**Title: AMERICAN EEL DEPOT**

On 11/10/2016, United States Fish and Wildlife Service (Service) Wildlife Inspector (WI) Daniel Sahakian received a phone call from a person stating to be Ozzy from GLONEX asking about Container YMLU5403825 being held by the Service at East Coast Warehouse. Ozzy asked why the shipment was being held and when it would be released. WI Sahakian informed Ozzy that he did not know of the container and would look into it and find why it was being held.

Upon researching the container WI Sahakian realized the container was being held by Service Special Agent (SA) Amy Snyder for an ongoing investigation. WI Sahakian contacted SA Snyder and Service SA LeeAnn Bies for guidance. The SAs instructed WI Sahakian to ask for documents related to the shipment.

On 11/10/2016, WI Sahakian returned a call to the number provided by Ozzy and spoke with Julie KO. KO was informed that nothing could be found about the shipment and was asked to provide import documents for the shipment.

On 11/10/2016, WI Sahakian called KO and informed her that the initial documentation she sent over by fax were illegible. WI Sahakian asked KO to resend the documents by email and also asked for her to send over any information relating to the species in shipment. KO stated she would look for any documents related to the species and send them over and that the eels were farm raised. KO then emailed WI Sahakian the shipping documents from email address jooyounko@gmail.com, and copied emily@eeldepot.com, and ricky@eeldepot.com (See 11-10-16 email from Julie KO). This phone call was recorded and preserved as "11-10-16 Dan & Ko.MP3".

On 11/14/2016, WI Sahakian sent an email to KO asking again for documents pertaining to species information. (See 11-14-16 email to Julie KO).

On 11/14/2016, WI Sahakian received a call from Ozzy from GLONEX asking for an update on

Location of Observation/Interview: Elizabeth, NJ Office of Law Enforcement

Interview/Observation by: WI Daniel Sahakian

Date: 11/10/2016-11/16/2016

Date Prepared: 3/2/2017

Page 1 of 8

Attachment#__3__
Page #__1_ of_40_

AED-0011096

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

## RECORD OF INFORMATION THAT MAY BECOME TESTIMONY
### INV #: 2015501394
### Report #: 3-332 for R011
### Title: AMERICAN EEL DEPOT

the shipment. Ozzy was informed by WI Sahakian that he had tried to reach KO earlier that morning in an attempt to ask for documents that contained species information pertaining to the shipment in question. Ozzy stated he was unaware but would try and find documents and send them over.

On 11/14/16, KO emailed WI Sahakian and stated that the species would be *Anguila rostrata* and that she would provide documentation as soon as possible (See 11-14-16 email 1 from Julie KO).

On 11/14/16, KO emailed WI Sahakian documents from CHANGLE PACIFIC FOOD CORP. (CP) containing species information related to the container on hold. The documents show the species listed as *Anguilla rostrata* (See 11-14-16 email 2 from Julie KO).

On 11/14/2016, WI Sahakian spoke with KO. KO informed him that she has emailed the documents to him related to the container on hold. KO also stated that the eels are 100% farm raised and United States Department of Agriculture (USDA) approved. KO also stated that the eels are *Anguilla rostrata* and are brought from Haiti to China where they are first raised for one to two years and then cooked. KO mentioned she has never had any problems with the Service on any of their prior shipments.

On 11/15/2016, WI Sahakian received a phone call from KO asking for an update on the container. KO stated she was concerned because this is the first time her shipment has been held and because the shipment has been held for so long, ten days. KO expressed in her words that she was worried "there was something I need to learn in the regulations since I am the compliance officer in the company".

KO explained the eels are raised from babies in the farm next to the factory (CP) for one and a half years. KO continued, the eels are *Anguilla rostrata* and come from either Maine during the two month fishing season, Haiti or the Dominican Republic. KO stated "we do not actually

Location of Observation/Interview: Elizabeth, NJ Office of Law Enforcement

Interview/Observation by: WI Daniel Sahakian

Date: 11/10/2016-11/16/2016

Date Prepared: 3/2/2017

Page 2 of 8

Attachment#   3
Page #   2 of   40

AED-0011097

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

## RECORD OF INFORMATION THAT MAY BECOME TESTIMONY
### INV #: 2015501394
### Report #: 3-332 for R011
### Title: AMERICAN EEL DEPOT

import it[eels] directly, we buy them from Hong Kong". KO said all the eels that she is aware of come from those places.

KO stated that the documents would show eels moving from Haiti to Hong Kong, not Haiti to CP. KO mentioned eels arrive in Hong Kong and stay at a big storage area for a couple days to rest and are then re-exported.

She insisted that she does not touch the eels she just arranges the shipments.

WI Sahakian was informed the paperwork will have *Anguilla rostrata* on it.

KO informed WI Sahakian that Ricky HUANG is the president of CP and the AED. KO stated, "He owns part of my company so I am doing the compliance because I am doing the freight forwarding in the United States for a living". She mentioned she ships live eels all over the world but the she works out of the office in Toronto, Canada. KO specified because of her job she studies the laws of the countries which eels are being sent to and teaches them. It is her job to make sure her customers are following the laws and do not get any fines. KO also said since Ricky owns part of her company she is not getting paid even though a majority of her work is to take care of his compliance. KO stated, "we hire the trucking, logistics we hire the Customs Broker, but if anything happens or if they don't know anything what to do then I come in and study the law".

KO said she has studied the laws of Customs, USFWS and the Food and Drug Administration (FDA) and teaches them to follow the laws, it was not clear to WI Sahakian exactly who "them" was referring to. KO stated that she does not work with Chinese law because she does not speak Chinese.

KO stated Ricky was yelling at her because he thought she had missed something, but KO said

Location of Observation/Interview: Elizabeth, NJ Office of Law Enforcement

Interview/Observation by: WI Daniel Sahakian

Date: 11/10/2016-11/16/2016

Date Prepared: 3/2/2017

Page 3 of 8

Attachment# __3__
Page # __3__ of __40__

AED-0011098

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# RECORD OF INFORMATION THAT MAY BECOME TESTIMONY
## INV #: 2015501394
## Report #: 3-332 for R011
## Title: AMERICAN EEL DEPOT

she went through FWS regulations a couple times and couldn't find anything. KO recounted they are farm raised and they were legal to export from the US, so the shipment is legal. Because of this, KO informed HUANG that this must be a routine check of the shipment. KO then mentioned HUANG did not believe her and that he would continue to yell at her until the shipment was released.

KO stated that some endangered species, live, dead or products must be declared. KO stated she knows this meat does not contain an endangered species so she did not think this shipment would need to be declared. KO asked if there was anything else she needed to know, from what she read the shipment was okay but she wanted to make sure it was good because there are more, much larger shipments coming around Christmas. This conversation was recorded and preserved as "Conversation 1, Julie KO 11_15_16.MP3".

WI Sahakian asked KO what the factory does, to which she responded, they grow the eels for one and a half years on a farm next to the their factory and make kabayaki. CP has been in operation for over ten years. CP used to buy baby eels from locals but now they import baby eels themselves. They buy baby eels from Hong Kong and put them in water to grow for 1-2 years on farms. They are then brought to the factory and cooked three times. After that the

Location of Observation/Interview: Elizabeth, NJ Office of Law Enforcement

Interview/Observation by: WI Daniel Sahakian

Date: 11/10/2016-11/16/2016

Date Prepared: 3/2/2017

Page 4 of 8

Attachment#  3
Page #  4  of  40

Att. B to Gov't Opp - Page 12

AED-0011099

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# RECORD OF INFORMATION THAT MAY BECOME TESTIMONY
## INV #: 2015501394
## Report #: 3-332 for R011
## Title: AMERICAN EEL DEPOT

cooked eels are vacuum packed and exported to countries such as Japan, Korea and North America.

KO informed WI Sahakian that "We work very closely with the FDA, and the CFIA [Canadian Food Inspection Agency] of Canada". She stated they work with the American government for compliance. KO added that the Chinese government does not need all the paperwork that the U.S. requires. KO discussed HUANG, stating their headquarters is in the U.S. HUANG was born in China but is an American citizen and that he likes to show off his American side since it is a big thing in China. KO is Korean and it is a big thing for her to be a Canadian citizen in Korea.

KO stated AED ships eels directly to Asia Aquatic and "HUANG is agent for AED Trading in Hong Kong". KO explained that the eels must rest in Hong Kong upon arrival for 2-3 days to prevent mortality before they are moved to mainland China. The eels are fragile and small and need a lot of water and oxygen. If they have forty boxes weighing 1,075 kilos, 60 kilos of that weight is live eels. When asked if CP gets their eels elsewhere, KO stated she did not know the China side well but that they have a factory.

KO boasted that "99% of their product is *Anguilla rostrata*" and that it tastes better and has a better texture. She said other companies use other eels because they are cheaper.
KO said she has traveled to see the whole eel process before (at CP). When asked about the other one percent of eels KO mentioned they sometimes buy from contracted farms, but they also have their own farms and that she does not want to guarantee one hundred percent *Anguilla rostrata* because "you never know what's happening" she said, "But we only deal with *Anguilla rostrata*". She continued, we have a contract with farmers and we have our own farm and only deal with *Anguilla rostrata* she said and the contracted farmers are also controlled by Chinese FDA and are only allowed to grow *Anguilla rostrata*.

Location of Observation/Interview: Elizabeth, NJ Office of Law Enforcement

Interview/Observation by: WI Daniel Sahakian

Date: 11/10/2016-11/16/2016

Date Prepared: 3/2/2017

Page 5 of 8

Attachment#  3
Page #  5  of  40

AED-0011100

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# RECORD OF INFORMATION THAT MAY BECOME TESTIMONY
## INV #: 2015501394
## Report #: 3-332 for R011
## Title: AMERICAN EEL DEPOT

KO stated that they cannot check each eel one by one, but they do their best and do random DNA checks to check that the eels are Anguilla rostrata "because a lot of things going on".

KO stated the CP factory and AED are owned by HUANG. CP has their own farm next to their factory and they work closely with the Chinese government. KO stated that 100% of what they produce is exported and that CP pays a lot of taxes so the Chinese government likes CP. Ten years ago CP was a small company but now they are big enough to buy baby eels. Huang built the factory in China so that is why they know what they are doing. KO stated she does not have any documents on CP's elver farms because everything is in Chinese and so much time has past.

Inspector Sahakian informed KO that he would look over all the documents. This conversation was recorded and preserved as, "Conversation 2, Julie KO 11_15_16.MP3".

On 11/15/2016, WI Sahakian, sent an email of questions to Ricky HUANG at the email address KO had copied HUANG on in regards to this shipment, Ricky@eeldepot.com. These questions were drafted by Service SAs Snyder and Bies. (See 11-15-16 email to Ricky Huang).

On 11/15/2016, Inspector Sahakian received an email from Ricky Huang answering the questions about the shipment. HUANG stated CP purchases baby *Anguilla rostrata* eels which come from Haiti, Maine or Canada. HUANG claimed that CP oversees the eels as they are raised on farms. When asked if HUANG was familiar with CITES, HUANG stated "Auguilla Rostrata [sic] is not a CITES regulated species at this time". Lastly HUANG stated that CHANGLE PACIFIC only gets eels from farms registered with China Inspection and Quarantine (See 11-15-16 email from Ricky Huang).

On 11/16/2016, after instruction from SAs WI Sahakian emailed KO, Emily Liu, and HUANG to inform them that the shipment would be released (See 11-16-16 email 1 to Julie KO).

Location of Observation/Interview: Elizabeth, NJ Office of Law Enforcement

Interview/Observation by: WI Daniel Sahakian

Date: 11/10/2016-11/16/2016

Date Prepared: 3/2/2017

Page 6 of 8

Attachment#  3
Page #  6  of  40

AED-0011101

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# RECORD OF INFORMATION THAT MAY BECOME TESTIMONY
## INV #: 2015501394
## Report #: 3-332 for R011
## Title: AMERICAN EEL DEPOT

On 11/16/2016, WI Sahakian released the Container YMLU5403825.

On/ 11/16/16, WI Sahakian sent an email to KO, Liu, and HUANG asking them to please provide species information on import and export shipping documents to help inspectors identify items being shipped. WI Sahakian also informed them about CITES and stated that eels such as *Anguilla anguilla* must have CITES documents and require declaration to the service. WI Sahakian also provided them with a link to the CITES website. KO then sent inspector Sahakian an email where she agreed to provide this information and thanked him for the information (See 11-16-16 email 2 to Julie KO and 11-16-16 email from Julie KO).

Attachments:

1. 11-10-16 email from Julie KO

2. 11-14-16 email to Julie KO

3. 11-14-16 email 1 from Julie KO

4. 11-14-16 email 2 from Julie KO

5. 11-15-16 email from Julie KO

6. 11-15-16 email to Ricky HUANG

7. 11-15-16 email from Ricky HUANG

8. 11-16-16 email 1 to Julie KO

9. 11-16-16 email 2 to Julie KO

10. 11-16-16 email from Julie KO

Location of Observation/Interview: Elizabeth, NJ Office of Law Enforcement

Interview/Observation by: WI Daniel Sahakian

Date: 11/10/2016-11/16/2016

Date Prepared: 3/2/2017

Page 7 of 8

Attachment#__3__
Page #__7__of__40__

AED-0011102



Sahakian, Daniel <daniel_sahakian@fws.gov>

## Re: American Eel Depot container holding

**Julie Ko** <jooyounko@gmail.com>                                    Thu, Nov 10, 2016 at 12:07 PM
To: daniel_sahakian@fws.gov
Cc: emily@eeldepot.com, Ricky Huang <ricky@eeldepot.com>

　　　　Hello Sir,

I thank you so much for your kind help for our shipment regarding, MBL#YMLUE227007757.

As requested, I enclosed shipping documents as requested.

Plz look into the docs and let me know if there is any thing can be done from our side.

It has been held for a week and we are losing our customer for this.

As mentioned, I will find the doc any docs regarding the species and forward it to you as well.

I once again thank you for your kind help to ths matter.

Best regards,

American Eel depot
Julie Ko

　　　　 **fs280297169.pdf**
　　　　 896K

Attachment#　3
Page #　9　of　40

Att. B to Gov't Opp - Page 16

AED-0011104

福 建 省 长 乐 市 对 外 贸 易 公 司

CHANGLE FOREIGN TRADE CORPORATION,FUJIAN,CHINA

57 ZISHENG ROAD, CHANGLE CITY,FUJIAN,CHINA

商 业 发 票

# COMMERCIAL INVOICE

INV. NO.: AED2001108    CONTRACT NO.: AED2001108

DD:SEP.18,2016           PAYMENT TERMS:T/T

TO: American Eel Depot Corp.

ADD: 405 MINNISINK RD TOTOWA NJ 07512  USA

TEL.: 973-890-8888        FAX: 973-890-8880

| MARKS:<br>唛头 | DESC.:<br>品名 | QTY<br>数量 | UNIT PRC<br>单价 | AMOUNT<br>金额 |
|---|---|---|---|---|
| FROZEN ROASTED EEL | | KGS | USD CNF NEW YORK | |
| | 6 oz | 2000 | US$14.50 | US$29,000.00 |
| | 9 oz. | 14000 | US$14.50 | US$203,000.00 |
| | 10 oz | 5000 | US$14.50 | US$72,500.00 |
| | | TTL: 21000KGS | | US$304,500.00 |

shipping mark:

N/M

CHANGLE FOREIGN TRADE CORPORATION,FUJIAN. CHINA

Attachment# 3

Page # 11 of 40

AED-0011106

# 福建省长乐市对外贸易公司
## CHANGLE FOREIGN TRADE CORPORATION,FUJIAN,CHINA
### 57 ZISHENG ROAD, CHANGLE CITY,FUJIAN,CHINA
## 装 箱 单
## PACKING LIST

### INV. NO.: AED2001108    DD: SEP.18,2016

### PORT: FM FUZHOU,CHINA TO NEW YORK,USA

TO: American Eel Depot Corp.

ADD: 405 MINNISINK RD TOTOWA NJ 07512 USA
TEL: 973-890-8888    FAX: 973-890-8880

| DESC. | CTNS | G/W | N/W | MEAS. |
|---|---|---|---|---|
| FROZEN ROASTED EEL | C/T | KGS | | CBM |
| 6 oz | 200 | 2300 | 2000 | 44.5*34.5*18.5cm |
| 9 oz | 1400 | 16100 | 14000 | 44.5*34.5*18.5cm |
| 10 oz | 500 | 5750 | 5000 | 44.5*34.5*18.5cm |
| TLL: | 2100 | 24150 | 21000 | 59.6 |

shipping mark:

N/M

CHANGLE FOREIGN TRADE CORPORATION,FUJIAN,CHINA



**Sahakian, Daniel <daniel_sahakian@fws.gov>**

## Re: American Eel Depot container holding

**Sahakian, Daniel** <daniel_sahakian@fws.gov>                    Mon, Nov 14, 2016 at 9:25 AM
To: Julie Ko <jooyounko@gmail.com>

Hello,

Have you been able to get any paperwork about the species from the importer? For the
shipment MBL#YMLUE227007757.

Import/ export paperwork needs species information on it somewhere and I do not see any on the information provided.
Some species need to be declared to the Fish and Wildlife Service.

Thank you,
[Quoted text hidden]

--
Daniel Sahakian
Wildlife Inspector
US Fish and Wildlife Service
1210 Corbin St
Elizabeth. NJ 07201
Phone:
Fax: 908-787-1334

Attachment# 3
Page # 17 of 40

AED-0011112



Sahakian, Daniel <daniel_sahakian@fws.gov>

## Re: American Eel Depot container holding

**Julie Ko** <jooyounko@gmail.com>                                    Mon, Nov 14, 2016 at 11:47 AM
To: "Sahakian, Daniel" <daniel_sahakian@fws.gov>

Sir,

I thank you for your follow up with this case.

It will be Anguila Rostrata and I will send you the doc as soon as possible.

Thanks and best regards,
Julie Ko

[Quoted text hidden]

Attachment# _3_
Page # _18_ of _40_

Att. B to Gov't Opp - Page 20

AED-0011113

2/2/2017          DEPARTMENT OF THE INTERIOR Mail - Fwd: AED SHIPPING DOCS))



Sahakian, Daniel <daniel_sahakian@fws.gov>

## Fwd: AED SHIPPING DOCS))
2 messages

**Julie Ko** <jooyounko@gmail.com>                                    Tue, Nov 15, 2016 at 10:26 AM
To: "Sahakian, Daniel" <daniel_sahakian@fws.gov>

Hello Sir,

Plz see the attached shipping doc you requested and let me know anytime if you have any question.

Best regards,
Julie Ko

---------- Forwarded message ----------
From: "Ozzy - Glonex c/o YS Int'l Forwarding" <ozzycho@glonnex.com>
Date: Nov 15, 2016 10:22 AM
Subject: AED SHIPPING DOCS))
To: "Julie Ko" <jooyounko@gmail.com>
Cc: "Julie Ko/ GLONEX USA, LTD." <julie.ko@glonnex.com>

Thank you and best regards,

Ozzy Cho / Manager

** *GLONEX CANADA* **

6334 Viscount Road Mississauga, ON, L4V 1H3, Canada

Tel : 905-676-0013 C.P : 647-987-1542  Fax : 905-676-0274   Vancouver Office : 604-638-8700

Email : ozzycho@glonnex.com  Web page : http://www.glonnex.com

** *GLONEX USA* **

New York Office: 14738 182nd Street Jamaica, NY 11413 USA

Tel: 718-874-2099 Fax: 718-785-2910

📄 **SHIPPING DOCS)) AED.pdf**
   314K

Attachment#  3
Page #  19 of  40

**Sahakian, Daniel** <daniel_sahakian@fws.gov>                          Tue, Nov 15, 2016 at 10:44 AM
To: Ryan Bessey <ryan_bessey@fws.gov>, Amy Snyder <amy_snyder@fws.gov>, Leeann Bies <leeann_bies@fws.gov>

Att. B to Gov't Opp - Page 21

AED-0011114

2/3/2017                    DEPARTMENT OF THE INTERIOR Mail - Fwd: CNT#YMLU5403825 BL#E227007757



Sahakian, Daniel <daniel_sahakian@fws.gov>

## Fwd: CNT#YMLU5403825 BL#E227007757

**Julie Ko** <jooyounko@gmail.com>                              Mon, Nov 14, 2016 at 12:42 PM
To: daniel_sahakian@fws.gov

Hello, Sir.

Plz see the attached doc as requested.

On the last attachement regarding a ready to eat production file, it shows container information too.

If there is anything else you need, plz let me know.

Best regards,
Julie Ko

---

**7 attachments**



**Production Inspection Report-1  美国AED清关资料  AED2001108  YMLU5403825
YMLM908552  20160922  到港日期20161025.jpg**
957K



**Production Inspection Report-2  美国AED清关资料  AED2001108  YMLU5403825
YMLM908552  20160922  到港日期20161025.jpg**
1035K

**Production Inspection Report-3  美国AED清关资料  AED2001108  YMLU5403825
YMLM908552  20160922  到港日期20161025.jpg**
914K

Attachment#  3
Page #  21 of  40

Att. B to Gov't Opp - Page 22

AED-0011116

2/3/2017 DEPARTMENT OF THE INTERIOR Mail - Fwd: CNT#YMLU5403825 BL#E227007757



**List of shipment   美国AED清关资料  AED2001108  YMLU5403825  YMLM908552  20160922  到港日期20161025.Jpg**
1274K



**packer letter（Changle pacific food co.,ltd.   美国AED清关资料  AED2001108  YMLU5403825  YMLM908552  20160922  到港日期 20161025.jpg**
1369K



**Ready to Eat fish product and process Info.JPG**
3354K

**Processing Flow Chart.pdf**
467K

Att. B to Gov't Opp - Page 23

AED-0011117

# Changle Pacific Food Co., Ltd.

## Product inspection report

CONTAINER#YMLU5403825          BL#YMLU227007757          Serial number: AED2001108

| Name of a commodity | Frozen Broiled Eel | | Health registration number | | 3500/02055 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Species | Anguilla Roastrata | | Inspection box number and weight of | | 2100Box | 21000 | KG |
| Export country | America | | Product specifications | | 90Z、100Z、60Z | | |
| Marks and numbers | N/W | | Sample number | | 10copies/500g (Microorganism In 5copies、Drug residues In 5 copies) | | |
| Packing condition | Carton packaging, packaging good, clear mark | | Date of inspection | | 16.6.19-16.7.5 | | |

| Inspection item | Test results | | | | | Detection method | Judging standard |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date of production | 16.6.19 | 16.6.22 | 16.6.26 | 16.6.27 | | | |
| Batch / lot number | 160619013500/W0578040 | 160622013500/M0578043 | 160626013500/M0578047 | 160627013500/M0578048 | | | |
| Varieties | Kabayaki | Kabayaki | Kabayaki | Kabayaki | | Detection method | Judging standard |
| The sources of raw materials | 3500/M0578 | 3500/M0578 | 3500/M0578 | 3500/M0578 | | | |
| Production quantity / box | 184 | 117 | 644 | 645 | | | |
| The production of weight /KG | 1840 | 1170 | 6440 | 6450 | | | |
| Color | Brown | Brown | Brown | Brown | | | Brown |
| Impurity | No | No | No | No | | | No |
| Product temperature | −21.9℃ | −22.5℃ | −21.4℃ | −21.7℃ | | GB/T21269-2007 | −18℃ |
| The appearance of the product | Complete | Complete | Complete | Complete | | | Complete |
| Taste and smell | No mud taste | No mud taste | No mud taste | No mud taste | | | No mud taste |
| The total number of colonies (cfu/g) | $1.0 \times 10^4$ | $1.0 \times 10^4$ | $1.5 \times 10^4$ | $1.0 \times 10^4$ | | GB 4789.2-2010 | $1.0 \times 10^4$ |
| Coliform bacteria (MPN/g) | <3 | <3 | <3 | <3 | | SN/T 0169-2010 | <3 |
| EscherichiaColi | Not detected | Not detected | Not detected | Not detected | | SN/T 0169-2010 | Not detected |
| Staphylococcus aureus | Not detected | Not detected | Not detected | Not detected | | GB 4789.10-2010 | Not detected |
| Salmonella | Not detected | Not detected | Not detected | Not detected | | GB 4789.4-2010 | Not detected |
| Listeria monocytogenes | Not detected | Not detected | Not detected | Not detected | | GB 4789.30-2010 | Not detected |
| Bacillus botulinus | Not detected | Not detected | Not detected | Not detected | | GB 4789.10-2010 | Not detected |
| cholera vibrio | Not detected | Not detected | Not detected | Not detected | | SN/T 1022-2010 | Not detected |
| Vibrio parahaemolyticus | Not detected | Not detected | Not detected | Not detected | | GB/T 1789.7-2008 | Not detected |
| mucedine | Not detected | Not detected | Not detected | Not detected | | GB 4789.15-2010 | Not detected |

Attachment# 3
Page # 23 of 40    1/1

Att. B to Gov't Opp - Page 24

AED-0011118



**Sahakian, Daniel <daniel_sahakian@fws.gov>**

## Re: American Eel Depot container holding

**Sahakian, Daniel** <daniel_sahakian@fws.gov>        Tue, Nov 15, 2016 at 2:27 PM
To: Ricky Huang <ricky@eeldepot.com>

Mr. Huang,

Julie mentioned that you are the president of American Eel Depot and its factory in China. After speaking with her, I just need a little more information.

1. Could you please tell us the species of your baby eels and their countries of origin?

2. Does your company oversee the eels throughout their life cycle—harvest, rearing and processing?

3. Because certain eel species would need permits under CITES we need to determine what species of eels these are. Are you familiar with CITES (Convention on International Trade in Endangered Species)?

4. Where does your factory get their adult eels from?

Thank you in advance for any information you can provide. I look forward to getting this resolved as quickly as possible.

On Thu, Nov 10, 2016 at 12:07 PM, Julie Ko <jooyounko@gmail.com> wrote:

> Hello Sir,
>
> I thank you so much for your kind help for our shipment regarding, MBL#YMLUE227007757.
>
> As requested, I enclosed shipping documents as requested.
>
> Plz look into the docs and let me know if there is any thing can be done from our side.
>
> It has been held for a week and we are losing our customer for this.
>
> As mentioned, I will find the doc any docs regarding the species and forward it to you as well.
>
> I once again thank you for your kind help to ths matter.
>
> Best regards,
>
> American Eel depot
> Julie Ko

Attachment#  3
Page #  34  of  40

Att. B to Gov't Opp - Page 25

AED-0011129



**Sahakian, Daniel <daniel_sahakian@fws.gov>**

## Re: American Eel Depot container holding

**Huang Ricky <ricky@eeldepot.com>**                                    Tue, Nov 15, 2016 at 6:00 PM
To: "Sahakian, Daniel" <daniel_sahakian@fws.gov>

Dear Inspector Sahakian,

Thank you very much for your concerned above holding matter

Please see below answer

On November 15, 2016 at 2:27 PM "Sahakian, Daniel" <daniel_sahakian@fws.gov> wrote:

Mr. Huang,

Julie mentioned that you are the president of American Eel Depot and its factory in China. After speaking with her, I just need a little more information.

1. Could you please tell us the species of your baby eels and their countries of origin?

The China factory(Changle Pacific)purchases baby eel of the species Anguilla Rostrata(American eel).

The origins of the baby eel are Haiti,USA(state of Maine),and Canada

2. Does your company oversee the eels throughout their life cycle—harvest, rearing and processing?

The Factory in China purchases the baby eel(Anguilla Rostrata) and supplies them to farms registered at the China Inspection and Quarantine(CIQ), the farms grow the eel,once the eel are adults,they are transferred to Changle Pacific where they are processed into roasted eel food products.. so the Factory (Changle Pacific ) does oversee the eel after putting them in the farm to the process.

3. Because certain eel species would need permits under CITES we need to determine what species of eels these are. Are you familiar with CITES (Convention on International Trade in Endangered Species)?

Auguilla Rostrata is not a CITES regulated species at this time

4. Where does your factory get their adult eels from?

The Changle Pacific factory get adult eel only from farms that are registered at the China Inspection and Quarantine(CIQ)

see response to question 2 above

Thank you in advance for any information you can provide. I look forward to getting this resolved as quickly as possible.

Again,Thank you very much for you help!

Attachment#  3
Page # 36 of 40

Att. B to Gov't Opp - Page 26

AED-0011131

Ricky Huang

American Eel Depot Corp

> On Thu, Nov 10, 2016 at 12:07 PM, Julie Ko <jooyounko@gmail.com> wrote:

>> Hello Sir,

>> I thank you so much for your kind help for our shipment regarding, MBL#YMLUE227007757.

>> As requested, I enclosed shipping documents as requested.

>> Plz look into the docs and let me know if there is any thing can be done from our side.

>> It has been held for a week and we are losing our customer for this.

>> As mentioned, I will find the doc any docs regarding the species and forward it to you as well.

>> I once again thank you for your kind help to ths matter.

>> Best regards,

>> American Eel depot
>> Julie Ko

--
Daniel Sahakian
Wildlife Inspector
US Fish and Wildlife Service
1210 Corbin St
Elizabeth, NJ 07201
Phone:
Fax: 908-787-1334

Attachment#  3
Page #  37  of  40

Att. B to Gov't Opp - Page 27

AED-0011132

2/6/2017
Case 2:22-cr-00165-JMV Document 91-2 Filed 06/30/23 Page 29 of 32 PageID: 375
DEPARTMENT OF THE INTERIOR Mail - Re: American Eel Depot container holding



Sahakian, Daniel <daniel_sahakian@fws.gov>

## Re: American Eel Depot container holding

**Sahakian, Daniel** <daniel_sahakian@fws.gov>                        Wed, Nov 16, 2016 at 8:09 AM
To: Julie Ko <jooyounko@gmail.com>
Cc: emily@eeldepot.com, Ricky Huang <ricky@eeldepot.com>

Thank you for the information, we have let the warehouse know the shipment is good to go.

Thank you,

On Thu, Nov 10, 2016 at 12:07 PM, Julie Ko <jooyounko@gmail.com> wrote:
[Quoted text hidden]

--
Daniel Sahakian
Wildlife Inspector
US Fish and Wildlife Service
1210 Corbin St
Elizabeth, NJ 07201
Phone:
Fax: 908-787-1334

Attachment#__3__
Page #__38__ of __40__

Att. B to Gov't Opp - Page 28

AED-0011133



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Office of Law Enforcement
Clark R. Bavin
National Fish and Wildlife Forensics Laboratory
1490 East Main Street
Ashland, Oregon 97520

IN REPLY REFER TO:



November 18, 2016

## GENETICS EXAMINATION REPORT

| | |
|---|---|
| **Agency:** | **Lab Case #:** 15-0336 |
| USFWS/LE, Elizabeth | **Examiner:** Burnham Curtis |
| 1210 Corbin Street | **Agency Case #:** 2015501394 |
| Sealand Building 1st Floor | **Investigator:** Snyder |
| Elizabeth, NJ 07201 | **Suspects:** American Eel Depot , |
| | **Case Title:** American Eel Depot |

### EVIDENCE RECEIVED:

The following evidence was received in the Evidence Unit of the Laboratory on November 03, 2016, and was transferred to the undersigned examiner on November 04, 2016:

LAB-4: One of "two (2) nine ounce eel filets Box #0278 Lot#160622013500M0578043" [ST#851358; Item#1]

LAB-5: One of "two (2) nine ounce eel filets Box #0278 Lot#160622013500M0578043" [ST#851358; Item#1]

LAB-6: One of "two (2) nine ounce eel filets Box #0151 Lot#160622013500M0578040" [ST#851358; Item#2]

LAB-7: One of "two (2) nine ounce eel filets Box #0151 Lot#160622013500M0578040" [ST#851358; Item#2]

LAB-8: One of "two (2) nine ounce eel filets Box #0681 Lot#160626013500M0578047" [ST#851358; Item#3]

LAB-9: One of "two (2) nine ounce eel filets Box #0681 Lot#160626013500M0578047" [ST#851358; Item#3]

LAB-10: One of "two (2) nine ounce eel filets Box #1026 Lot#160627013500M0578048" [ST#851358; Item#4]

LAB-11: One of "two (2) nine ounce eel filets Box #1026 Lot#160627013500M0578048" [ST#851358; Item#4]

LAB-12: One of "two (2) ten ounce eel filets Box #1543 Lot#160627013500M0578048" [ST#851358; Item#5]

LAB-13: One of "two (2) ten ounce eel filets Box #1543 Lot#160627013500M0578048" [ST#851358; Item#5]

LAB-14: One of "two (2) ten ounce eel filets Box #1595 Lot#160628013500M0578049" [ST#851358; Item#6]

LAB-15: One of "two (2) ten ounce eel filets Box #1595 Lot#160628013500M0578049" [ST#851358; Item#6]

LAB-16: One of "two (2) six ounce eel filets Box #2015 Lot#160628013500M0578049" [ST#851358; Item#7]

1 of 3

Examiner's Initials: *MBC*

Attachment #: 5
Page: 1 of 3

AED-0011143

Examination Report 15-0336 - Continued
November 18, 2016
>    LAB-17:   One of "two (2) six ounce eel filets Box #2015 Lot#160628013500M0578049"
>              [ST#851358; Item#7]

## EXAMINATION REQUESTED:

The submitting investigator, Special Agent Amy Snyder, requested analyses to determine the species origin of the evidence represented by LAB-4 through LAB-17.

## EXAMINATION CONDUCTED:

A segment of mitochondrial DNA (mtDNA) containing a portion of the Cytochrome *b* (Cyt *b*) gene from LAB-4 through LAB-17 was amplified by PCR and subjected to DNA sequence analysis. The resulting sequences were compared to USFWS National Fish and Wildlife Forensic Laboratory (NFWFL) species reference materials and sequences from the GenBank database.

## EXAMINATION RESULTS:

The Cyt b sequence obtained from LAB-6 and LAB-7 is most similar to that of *Anguilla rostrata* at 391/392 bp (GenBank Acc.#AF485271).

The Cyt b sequence obtained from LAB-5 is most similar to that of *Anguilla rostrata* at 390/392 bp (GenBank Acc.#AF485271).

The Cyt b sequence obtained from LAB-4 is most similar to that of *Anguilla anguilla* at 391/392 bp (GenBank Acc#KT633977).

The Cyt b sequence obtained from LAB-8, LAB-9, LAB-11, LAB-14, LAB-15 is most similar to that of *Anguilla anguilla* at 391/392 bp (GenBank Acc#KT633956).

The Cyt b sequence obtained from LAB-17 is most similar to that of *Anguilla anguilla* at 390/392 bp (GenBank Acc#KT633956).

The Cyt b sequence obtained from LAB-13 and LAB-16 is most similar to that of *Anguilla anguilla* at 391/392 bp (GenBank Acc#KT633972).

The Cyt b sequence obtained from LAB-10 is most similar to that of *Anguilla anguilla* at 390/392 bp (GenBank Acc#KT633972).

The Cyt b sequence obtained from LAB-12 is most similar to that of *Anguilla anguilla* at 391/392 bp (GenBank Acc#KT633983).

## EXAMINATION CONCLUSIONS:

The species origin of LAB-5, LAB-6, and LAB-7 is *Anguilla rostrata.*

The species origin of LAB-4, LAB-8, LAB-9, LAB-10, LAB-11, LAB-12, LAB-13, LAB-14, LAB-15, LAB-16, and LAB-17 is *Anguilla anguilla.*

Evidence Summary:
LAB-4, LAB-5 from Box #0278:  1 *A. anguilla*, 1 *A. rostrata*
LAB-6, LAB-7 from Box #0151:  2 *A. rostrata*
LAB-8, LAB-9 from Box #0681:  2 *A. anguilla*
LAB-10, LAB-11 from Box #1026:  2 *A. anguilla*
LAB-12, LAB-13 from Box #1543:  2 *A. anguilla*
LAB-14, LAB-15 from Box #1595:  2 *A. anguilla*
LAB-16, LAB-17 from Box #2015:  2 *A. anguilla*

Examiner's Initials: *AKC*

Attachment #:  5
Page:  2 of 3

AED-0011144

Examination Report 15-0336 - Continued
November 18, 2016

## DISPOSITION OF EVIDENCE:

All evidence items were transferred to the Evidence Unit pending return to the submitting agency.

Digitally signed by MARY BURNHAM
CURTIS
DN: c=US, o=U.S. Government,
ou=Department of the Interior, ou=U.S.
Fish and Wildlife Service, cn=MARY
BURNHAM CURTIS,
0.9.2342.19200300.100.1.1=140010006644
43
Date: 2016.11.18 14:59:05 -08'00'
Adobe Acrobat DC version: 2015.020.20039

Mary K. Burnham Curtis, Ph.D.
Supervisory Forensic Scientist

Attachment #:   5
Page:  3 of 3

AED-0011145